FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 APR -4 PM 2: 37

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| OCEANUS STERLING GIBBS; <br><br> Plaintiff, <br><br> v. <br><br> SAVANNAH-CHATHAM COUNTY METROPOLITAN POLICE DEPARTMENT and OFFICER NICHOLAS WISSNER, <br><br> Defendants. | CASE NO. CV416-040 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. After careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA